# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON CHOUEST,<br><br>          Petitioner,<br> vs.<br><br>DERRAL ADAMS, Warden, California Substance Abuse Training Facility,<br><br>          Respondent. | CASE NO. 1:07cv1427-IEG(AJB)<br><br>Order Granting Certificate of Appealability |

Upon review, the Court finds the issue raised by the petition in this case is one which reasonable jurists would find debatable. 28 U.S.C. § 2253(c); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Thus, the Court GRANTS a Certificate of Appealability.

**IT IS SO ORDERED**.

**DATED: June 4, 2009**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**