1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **EASTERN DISTRICT OF CALIFORNIA**

10

11   WILSON CHOUEST,                                 CASE NO. 1:07cv1427-IEG(AJB)

12                                    Petitioner,
         vs.                                         Order Granting Motion to Proceed In
13                                                   Forma Pauperis

     DERRAL ADAMS, Warden, California
14   Substance Abuse Training Facility,

15                                    Respondent.

16

17        Currently before the Court is Petitioner's motion for leave to proceed with his appeal in

18   forma pauperis.  The Court previously granted Petitioner a Certificate of Appealability pursuant to

19   28 U.S.C. § 2253(c), and upon review of Petitioner's current application, the Court finds Petitioner

20   is unable to pay the filing fee for his appeal.  Thus, the Court GRANTS Petitioner leave to proceed

21   in forma pauperis on appeal pursuant to 28 U.S.C. § 1915.

22        **IT IS SO ORDERED**.

23

24   **DATED:  July 28, 2009**

25                                         _____
                                           **IRMA E. GONZALEZ, Chief Judge**
26                                         **United States District Court**

27

28

                                                                              1:07cv1427